IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tafari Music, Inc., et al., | ) | No. CV06-02922-PHX-SRB |
|     Plaintiff, | ) **ORDER** | |
| vs. | ) | |
| Joseph R. Pompa, | ) | |
|     Defendant. | ) | |

On January 20, 2010, this Court referred Defendant Joseph Pompa's Requests for Hearing on Garnishments to Magistrate Judge Aspey for hearing and to prepare a Report and Recommendation. Magistrate Judge Aspey conducted the hearing on March 3, 2010 and issued his Report and Recommendation on April 22, 2010. In his Report and Recommendation the Magistrate Judge recommended that Defendant/Judgment Debtor's motions at Docket No. 40, 41 and 42 be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

The Court finds its in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 54).

IT IS FURTHER ORDERED the motions at Docket No. 40, 41, and 42, seeking to quash the writs of garnishment as to JP Morgan Chase Bank, American Express Company and Bank of America are denied on the merits. (Docs. 40, 41, and 42). However, Plaintiff released and quashed the Writs of Garnishment served on JPMorgan Chase (doc. 51) and American Express (doc. 50) rendering Defendants' Motion at docket 40 and 41 moot. The Writ of Garnishment to Bank of America is valid and enforceable.

DATED this 18th day of June, 2010.

/s/ Susan R. Bolton
Susan R. Bolton
United States District Judge